■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD HALL, Also Known as BUTCH PATRICK, Appellant.— Judgment of the County Court, Nassau County, rendered May 24, 1968, affirmed. (*People v. Mirenda,* 23 N Y 2d 439.) Christ, Acting P. J., Brennan, Hopkins, Munder and Martuscello, JJ., concur.